UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MATTATHIAS SCHWARTZ,

    *Plaintiff,*

 v.

DEPARTMENT OF DEFENSE;
DEPARTMENT OF THE NAVY;
NATIONAL SECURITY AGENCY;
FEDERAL BUREAU OF
INVESTIGATION; CENTRAL
INTELLIGENCE AGENCY; AND
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

    *Defendants.*

Civil Action No. 15-cv-7077 (ARR) (RLM)

I, Anna N. Gonzalez, hereby declare:

1. I am over 18 years of age and am not a party to the above-captioned action.

2. On February 11, 2016, I served the defendant Department of Defense, by mailing a copy of the Summons and Complaint to the Department of Defense, 1400 Defense Pentagon, Washington, DC 20301-1400, via U.S. Postal Service certified mail, tracking number 70131090000097976199. A copy of the certified mail receipt is attached hereto.

3. On February 11, 2016, I served the defendant Department of the Navy, by mailing a copy of the Summons and Complaint to the Department of the Navy, 1000 Navy Pentagon, Washington, DC 20350-1200, via U.S. Postal Service certified mail, tracking number 70131090000097976076. A copy of the certified mail receipt is attached hereto.

4. On February 11, 2016, I served the defendant National Security Agency, by mailing a copy of the Summons and Complaint to the National Security Agency,

NSA/CSS, Fort Meade, MD 20755-6248, via U.S. Postal Service certified mail, tracking number 70131090000097976151. A copy of the certified mail receipt is attached hereto.

5.      On February 11, 2016, I served the defendant Federal Bureau of Investigation, by mailing a copy of the Summons and Complaint to the Federal Bureau of Investigation, 935 Pennsylvania Ave NW, Washington, DC 20535-0001, via U.S. Postal Service certified mail, tracking number 70131090000097976168. A copy of the certified mail receipt is attached hereto.

6.      On February 11, 2016, I served the defendant Central Intelligence Agency, by mailing a copy of the Summons and Complaint to the Central Intelligence Agency, Office of Public Affairs, Washington, DC 20505, via U.S. Postal Service certified mail, tracking number 70131090000097976175. A copy of the certified mail receipt is attached hereto.

7.      On February 11, 2016, I served the defendant Office of the Director of National Intelligence, by mailing a copy of the Summons and Complaint to the Office of the Director of National Intelligence, Washington, DC 20511, via U.S. Postal Service certified mail, tracking number 70131090000097976182. A copy of the certified mail receipt is attached hereto.

8.      On February 11, 2016, I served the United States by mailing a copy of all Summonses and the Complaint to the U.S. Attorney for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, NY 11201, via U.S. Postal Service certified mail, tracking number 70131090000097976205. A copy of the certified mail receipt is attached hereto.

9.      On February 18, 2016, I served the United States by mailing a copy of all Summonses and the Complaint to the U.S. Department of Justice, 950 Pennsylvania Ave.

NW, Washington, DC 20530-0001, via U.S. Postal Service certified mail, tracking number 70131090000097976229. A copy of the certified mail receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2016 at New Haven, CT.

_____
Anna N. Gonzalez



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20350

| | |
|---|---|
| Postage | $3.45 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.90 |

Postmark Here — 02/11/2016

Sent To: Department of Navy
Street, Apt. No.; or PO Box No. 1000 Navy Pentagon
City, State, ZIP+4 Washington, DC 20350-1200

PS Form 3800, August 2006      See Reverse for Instructions

7013 1090 0000 9797 6076



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20301

| | |
|---|---|
| Postage | $3.45 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.90 |

Postmark Here — 02/11/2016

Sent To: Department of Defense
Street, Apt. No.; or PO Box No. 1400 Defense Pentagon
City, State, ZIP+4 Washington, DC 20301-1400

PS Form 3800, August 2006      See Reverse for Instructions

7013 1090 0000 9797 6199



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535

| | |
|---|---|
| Postage | $3.45 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.90 |

Postmark Here — 02/11/2016

Sent To: Federal Bureau of Investigation
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20535-0001

PS Form 3800, August 2006      See Reverse for Instructions

7013 1090 0000 9797 6168



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

FORT GEORGE G MEADE, MD 20755

| | |
|---|---|
| Postage | $3.45 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.90 |

Postmark Here — 02/11/2016

Sent To: National Security Agency
Street, Apt. No.; or PO Box No. NSA/CSS
City, State, ZIP+4 Fort Meade, MD 20755-6248

PS Form 3800, August 2006      See Reverse for Instructions

7013 1090 0000 9797 6151



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20511

Postage $ $3.45                    0520 07
Certified Fee          $0.00
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees $ $6.45      02/11/2016
$9.90

Sent To  Office of the Director of National Intelligence
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4  Washington, DC  20511

PS Form 3800, August 2006          See Reverse for Instructions



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20505

Postage $ $3.45                    0520 07
Certified Fee          $0.00
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees $ $6.45      02/11/2016
$9.90

Sent To  Central Intelligence Agency
Street, Apt. No.;
or PO Box No.  Office of Public Affairs
City, State, ZIP+4  Washington, DC   20505

PS Form 3800, August 2006          See Reverse for Instructions



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

Postage $ $3.45                    0520 07
Certified Fee          $0.00
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees $ $6.45      02/18/2016
$9.90

Sent To  U.S. Department of Justice
Street, Apt. No.;
or PO Box No.  950 Pennsylvania Ave. NW
City, State, ZIP+4  Washington, DC  20530-001

PS Form 3800, August 2006          See Reverse for Instructions



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BROOKLYN NY 11201

Postage $ $3.45                    0520 07
Certified Fee          $0.00
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees $ $6.45      02/11/2016
$9.90

Sent To  U.S. Attorney for the Eastern District of NY
Street, Apt. No.;
or PO Box No.  271 Cadman Plaza East
City, State, ZIP+4  Brooklyn, NY  11201

PS Form 3800, August 2006          See Reverse for Instructions