RECEIVED
APR 14 2016
YALE LAW SCHOOL
REGISTRAR'S OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MATTATHIAS SCHWARTZ,
               plaintiff
  -v-
DEPARTMENT OF DEFENSE, et. al.,
               defendants
-------------------------------------------------X

Case No. _____1:15-cv-07077_____

LAW STUDENT INTERN
APPEARANCE FORM

1.    Certification of Law Student

        I, _____Stephen Stich_____, certify that:

        (a) I am enrolled in ____Yale____ law school, which is accredited by the American Bar Association;
        (b) I am not receiving any compensation from the client in this matter;
        (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
        (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
        (e) I am either working in the Office of the United States Attorney, participating in a clinical program at ____Yale____ law school, or have been certified as qualified to participate in providing legal representation by the Dean of ____Yale____ law school or his or her designee.

_____[signature]_____        4/14/2016
Signature of Student             Date

2.    Certification of Law School Dean or Authorized Designee

        I, _____Judith A. Calvert_____, certify that:

        (a) this student has completed at least two semesters of law school work;
        (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
        (c) *(complete only if student is a participant in a law school clinic)*
        this student is a participant in a clinical program that is approved by this law school and taught by ____Jonathan Manes____, who will serve as supervising attorney.

_____[signature]_____        April 14, 2016
Signature of Dean or Authorized Designee     Date

Assistant Dean & Registrar
(Title or Position)

3. Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, _____Jonathan Manes_____, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____    4/14/2016
Signature of Attorney                        Date

4. Consent of Client or United States Attorney

I, _____Mattathias Schwartz_____, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____    April 15, 2016
Signature of Client or United States Attorney    Date

(If more than one client is involved, approval from each shall be attached.)

5. Consent of the Judge

I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____    _____
Signature of Judge                          Date