ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: April 25, 2016  
START: 11:30 a.m.  
END: Noon

DOCKET NO: 15-CV-7077 (ARR)

CASE: Schwartz v. Dept. of Defense, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFF** — **ATTORNEY**: Jonathan Manes, Stephen Stich (law school intern)

**DEFENDANT** — **ATTORNEY**: James Schwartz

- [ ] DISCOVERY TO BE COMPLETED BY _____
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Defense counsel represents that the CIA is prepared to commence its FOIA search and that the DOD is prepared to undertake a new search. The Court directs them to expedite their searches and to produce responsive documents on a rolling basis. Defendants are directed to promptly complete their searches and, by June 24, 2016, to produce affidavits or declarations from the agencies describing their searches. Requests for a premotion conference are due by July 5, 2016.